AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 21, 2022**

SEAN F. McAVOY, CLERK

GREGORY C.,

*Plaintiff*

v.

KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No.   4:21-CV-05026-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JAMES A. GOEKE   on cross-motions for summary judgment.

Date:  9/21/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*

Courtney Piazza